Order Filed on
**7/2/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | _____ |
| --- | --- | --- |
|  | Chapter: | _____ |
|  | Judge: | _____ |

**ORDER DISMISSING DUPLICATE CASE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 7/2/2008**

Honorable Gloria M Burns
United States Bankruptcy Court Judge

Upon the Court's own motion, it appears that the following facts exist:

1.  Case number _____ was filed on behalf of

    _____ on _____;

2.  Case number _____ was filed in error on behalf of

    _____ on _____

    and is duplicative.

Therefore, it is:

ORDERED that case number _____ is dismissed AND case number _____ shall continue in the normal course.

*11/19/04.jml*

*Approved by Judge Gloria M. Burns July  02, 2008*